UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: 1015 Sixth Avenue, LLC | ) | Case No:11-11308 |
| | ) | Chapter 7 |
| | ) | |
| DEBTOR(S) | ) | AFFIRMATION IN SUPPORT |
| | ) | OF MOTION TO DISMISS |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

JOSHUA C. PRICE, an attorney duly admitted to practice law before the Courts of the

Eastern District of the State of New York and admitted pro hac vice in the Southern District of
the State of New York affirms:

1.      I am a member of the Price Law Firm, LLC, attorneys for the Debtor, 1015 Sixth

Avenue, LLC in the instant Chapter 7 Bankruptcy Proceeding.

2.      I submit this affirmation in support of the motion to dismiss the Debtor's Chapter 7

Bankruptcy Petition.

3.      Due to a clerical error at my office, an associate inadvertently submitted a Chapter 7

Bankruptcy Petition through the Court's Electronic Filing System which she did not intend to

file.

4.      My firm submitted an error report on the Electronic Filing System website documenting

the error shortly after it was made.

5.      The Debtor does not wish to file for Chapter 7 bankruptcy at this time, as his financial

situation has recently changed and he is able to pay off his creditors and does not need the

protection of the automatic stay.

6.      According to 11 U.S.C. 707 (a), the court may dismiss a case under this chapter after notice and a hearing and only for cause.

7.      The Debtor respectfully requests that this court dismiss the Chapter 7 Bankruptcy petition due to the clerical error that was made through the Electronic Filing System.

        WHEREFORE, it is respectfully requested that the debtor's Chapter 7 Bankruptcy petition be voluntarily dismissed.

Dated: March 29, 2011

New York, New York                                      JOSHUA C. PRICE, ESQ.

2011

IN RE: 1015 Sixth Avenue, LLC     )

                                        )

DEBTOR(S)       )

                                        )

                                        )

                                        )

                                        )

Case No:11-11308
Chapter 7

MOTION FOR VOLUNTARY
DISMISSAL

        Comes now the debtor and respectfully asks the Court to voluntarily dismiss this case. See 11 U.S.C. Section 707(a).

                                  Respectfully submitted,

                                  Joshua C. Price
                                  Attorney for Debtor
                                  The Price Law Firm
                                  156 Fifth Avenue, Suite 600
                                  New York, New York 10010
                                  (212) 675-1125

# United States Bankruptcy Court

## Southern District of New York

In re   1015 Sixth Avenue, LLC                )

                                              )
                                              )
                                              )         Case No. 11-11308
                Debtor                         )
                                              )
Address        1015 Sixth Avenue              )
               New York, New York 10018       )
                                              )         Chapter 7
                                              )
Last four digits of Social Security of Individual Tax-payer Identification )
(ITIN) No(s)., (if any):  9974                )
                                              )
Employer's Tax Identification (EIN) No(s).(if any): _____ )
                                              )

2011 MAR 30  P 4: 9   FILED   U.S. BANKRUPTCY COURT

## NOTICE OF MOTION TO DISMISS

Joshua C. Price, Esq. has filed papers with the court to Dismiss Debtor's Chapter 7 Bankruptcy Petition

   **<u>Your rights may be affected.</u>  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

   If you do not want the court to dismiss your bankruptcy filing or if you want the court to consider your views on the motion to dismiss, then on or before <u>(date)</u> , you or your attorney must:

   [File with the court a written request for a hearing {*or, if the court requires a written response*, an answer, explaining your position} at:

          {address of the bankruptcy clerk's office}

   If you mail your {request} {response} to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

   You must also mail a copy to:

          {movant's attorney's name and address}

          {names and addresses of others to be served}]

   [Attend the hearing scheduled to be held on (date) , (year) , at _____ a.m./p.m. in Courtroom _____. United States Bankruptcy Court, {address}.}

   [Other steps required to oppose a motion or objection under local rule or court order.]

   If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date:_____          Signature: _____
                                Name:
                                Address